UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

FILED
DEC 0 3 2013

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARVIN GRASSROPE, JR.,<br><br>　　　　　Defendant. | CR 13-30201<br><br><u>INDICTMENT (Redacted)</u><br><br>ABUSIVE SEXUAL CONTACT<br><br>18 U.S.C. §§ 1153, 2244(a)(5)<br>2246(3)) |

The Grand Jury charges:

On or about October 5, 2013, at Lower Brule, in Indian country, in the District of South Dakota, the defendant, Marvin Grassrope, Jr., an Indian, did knowingly engage in and cause sexual contact with (name omitted), a child who had not attained the age of 12 years, that is, the intentional touching, directly and through the clothing, of the genitalia, anus, groin, breasts, inner thigh, and buttocks of (name omitted), with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, all in violation of 18 U.S.C. §§ 1153, 2244(a)(5), and 2246(3).

　　　　　　　　　　　　　　　　A TRUE BILL:

　　　　　　　　　　　　　　　　　Foreperson

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY
By: